UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHARLES CALVIN LOCKHART, | Case No. 25-CV-3555 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| ST. LOUIS PARK POLICE DEPARTMENT, DETECTIVE ALLISON JONES, JOHN DOE 1, and JOHN DOE 2, | |
| Defendants. | |

The Court has received the November 20, 2025 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 12.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 12) is ACCEPTED;

2. The action is DISMISSED WITHOUT PREJUDICE;

3. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED AS MOOT; and

4. Plaintiff's Motion for Rule 34(a) Request for Production of Documents and Video (ECF No. 4) is DENIED AS MOOT.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: January 8, 2026                         BY THE COURT:

                                               s/Nancy E. Brasel
                                               Nancy E. Brasel
                                               United States District Judge